**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_Batesville_ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 25 2014
JAMES W McCORMACK, CLERK
By: _____ DEP CLERK

CASE NO. _1:14-cv-120-DPM-JTK_

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

    A. Name of plaintiff: _AMBROSE PAUL_
        ADC # _650188_

        Address: _300 CORRECTIONS DR., NEWPORT, ARK 72112_

        Name of plaintiff: _____
        ADC # _____

        Address: _____

This case assigned to District Judge _Marshall_
and to Magistrate Judge _Kearney_

        Name of plaintiff: _____
        ADC # _____

        Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

    B. Name of defendant: _MELVIN NANCE_

        Position: _DOCTOR_

        Place of employment: _(AT TIME OF INCEDENT) GRIMES (no longer works at ADC)_

        Address: _____

        Name of defendant: ~~_____~~

        Position: ~~_____~~

        Place of employment: ~~GR_____~~

Address: 300 CORRECTIONS DR, NEWPORT ARK 72112

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☐ official capacity only
☑ personal capacity only
☐ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

☐ Court (if federal court, name the district; if state court, name the county):

      ☐    Docket Number: _____

      ☐    Name of judge to whom case was assigned: _____

      ☐    Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

      ☐    Approximate date of filing lawsuit: _____

      ☐    Approximate date of disposition: _____

IV. Place of present confinement: GRIMES _____

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__x__ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.) explain: _____

VI. There is a prisoner grievance procedure in the Arkansas Department of Corrections. Failure to complete the grievance procedure may affect your case in federal court.

  A.    Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes _x_   No ____

  B.    If your answer is YES, attach copies evidencing completion of the final step of the grievance appeal procedure. FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.

  C.    If your answer is NO, explain why not: _____

3

VII.  Statement of claim

   State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

The said plaintiff Ambrose Paul being under the medical care of said defendants at the grimes unit and being medically diagnosed with hepititise "C" has been purposely and knowingly refused treatment for his diagnoses to either slow down the process or cure the desease. Plaintiff Ambrose Paul while in the care of doctor Melvin Nance whs put on chronic care for said desease. Every 60 days inmates blood is drawn and still shows he has hepititase "C". Dr. Nance refuses to treat inmate diagnoses with any pills, diets, or other cures known. Dr. Nance refuses inmate these cures because the plaintiffs desease has not worsend to that level. Dr. Nance is purposley allowing the desease to worsen untill it becomes a life/death situation. Causing the plaintiff pain and mental stress. By Dr. Nance purposley and sadistically allowing the desease to spread without treatment is cruel and unusual punishment as well as medical malpractice wich the courts have Jurisdiction over as a supplimental Jurisdiction under rule 28 U.S.C. 1367.

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

A) Compensatory damages $20,000

B) Punitive damages $5,000

C) Any other relief the court deems necessary.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 9 day of 22, 20 14.

Ambrose Gene Paul #650188
Newport Complex Grimes unit
300 Corrections Drive

Newport, AR, 72112-8008
Signature(s) of plaintiff(s)

STATE OF ARKANSAS        )
                         )§
COUNTY OF JACKSON        )

     Petitioner, Ambrose paul, being first duly sworn under oath, presents that he has read and subscribed to the above and states that the Information therein is true and correct

     SUBSCRIBED AND SWORN TO BEFORE ME this 22 day of september, 2014.

_____
Notary Public

My Commission Expires: 20 Jan, 2016

**The following must be completed:**

## CERTIFICATE

     I hereby certify that the Petitioner herein, Ambrose paul, has the sum of $ 0 on account to his credit at the Grimes institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said 0 institution: Grimes

_____
Authorized Officer of Institution

9/19/14

800-4

STATE OF ARKANSAS            )
                             ) §
COUNTY OF __Jefferson__      )

## AFFIDAVIT

I, __Ambrose paul__, after first being duly sworn, do hereby swear, depose and state that: __I am not being treated to slow down or cure my hepititce "C"__

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

__9/19/14__
DATE

__Ambrose Gene Paul__
AFFIANT

__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__
SOCIAL SECURITY #

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this __22__ day of __Sept__, 20__14__.

__[signature]__
NOTARY PUBLIC

My Commission Expires: __20 Jan, 2014__

## UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center: Newport Grimes
Name: Ambrose Gene Paul Grimes
IC# 65o188  Brks # 5-114  Job Assignment: Ad-seg-Punit

FOR OFFICE USE ONLY
GRV # GR-14-00825
Date Received 6/20/14
GRV Code #: 600

6-15-2014 (Date) STEP ONE: Informal Resolution

6-18-2014 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: I do meet This now Because I do Have Hep "C" I Am Asking yell get This medicines now To help me,

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

Is this Grievance concerning (Medical) or Mental Health Services? Yes If yes, circle one: (medical) or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): DATE 6-15-2014 Time 12:30pm I Am writing This medical Grievance, Because, yell will not Help me out Bye getten This medicines For me Hep"C" Treatment which is 12 weeks long Here's The medicine's To cure iT #1, Sovaldi (oral) Pill #2 Ribavirin (oral) pill #3. PegInterferon Alfa (Injection shot) Talke To A doctor immediately When you get out And get started on The medicine So you'll live longer That way I can Teach you How To Fish old and Antique. 1-800-445-3235 or www.sovaldi.com. Gilead sciences, inc., Foster city, CA, 94404. (Some need Be done now) I need This now (I Am write This on Docter Mr. Nance And Mr. Billy cowell Miss Lynda Teague)

Ambrose Gene Paul                                              6-15-2014
Inmate Signature                                                    Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

### THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on 6-15-14 (date), and determined to be (Step One) and/or an Emergency Grievance Yes (Yes or No). This form was forwarded to (medical) or mental health? Yes (Yes or No). If yes, name of the person in that department receiving this form: _____  Date 6/15/14

Kenny Cantrell       38989        Ken Cantrell        6-15-14
PRINT STAFF NAME (PROBLEM SOLVER)  ID Number   Staff Signature       Date Received

Describe action taken to resolve complaint, including dates: Certain criteria has to be met to qualify for Hep C treatment. As of your last Chronic care visit you do not meet all of the Criteria

Kart Lyon  6/17/14                      Ambrose Gene Paul #65o188
Staff Signature & Date Returned         Inmate Signature & Date Received  6-18-2014

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____  Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

## UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center: Newport-Grimes
Name: Ambrose Gene Paul
ADC#: 650188   Brks #: S-114   Job Assignment: Ad-seg-Punn

FOR OFFICE USE ONLY
GRV. # _____
Date Received: _____
GRV. Code #: _____

6-15-2014 (Date) STEP ONE: Informal Resolution
6-18-2014 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: I do meet this now because I do have Hep "C", I am asking yell get this medicines now to help me.

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: No

Is this Grievance concerning Medical or Mental Health Services? Yes  If yes, circle one: medical or mental

BRIEFLY state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how you were affected. (Please Print): DATE 6-15-2014 Time 12:30pm I am writing this medical grievance because yell will not help me out bye getten this medicines for me Hep "C" Treatment which is 12 weeks long. Here's the medicine's to cure it "1. Sovaldi (oral) pill "2. Ribavirin (oral) pill "3. PegInterferon ALE (injection shot) Talke to a doctor immediately when you get out and get started on the medicine so you'll live longer. That way I can teach you how to Fish old and Antique. 1-800-445-3235 or www.Sovaldi.com. Gilead Sciences, Inc. Foster City, CA, 94404. (Some yeel Be done now) I need this Now. I am writing this on Doctor Mr. Vance and Mr. Billy Cowell Miss Lynda Teague

Inmate Signature: [signature]   Date: 6-15-2014

If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 6-15-14 (date), and determined to be Step One and/or an Emergency Grievance Yes (Yes or No). This form was forwarded to medical or mental health? Yes (Yes or No). If yes, name of the person in that department receiving this form: 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  Date ____

Kenny Cantrell   25959   [signature]   22   6-15-14
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature       Date Received

Describe action taken to resolve complaint, including dates: Certain criteria has to be met to qualify for Hep C treatment. As of your last Chronic Care visit you do not meet all of the criteria.

[signature] 6/17/14                 Ambrose Gene Paul #650188
Staff Signature & Date Returned   Inmate Signature & Date Received 6-18-2014

This form was received on _____ (date), pursuant to Step Two. Is it an Emergency? ____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

IGTT420                                                                                                    Attachment IV
3GH

INMATE NAME: <u>Paul, Ambrose G.</u>          ADC #: <u>650188C</u>          GRIEVANCE #: <u>GR-14-00825</u>

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

<u>(614) Your 6/20/14 grievance has been received and reviewed as well as your medical record to determine if medically necessary health care, as determined by your health care providers, has been provided to you.</u>

<u>You are requesting the medication Sovaldi to cure your Hepatitis C.</u>

<u>Review of your medical record indicates that you are being followed in chronic care for your Hepatitis C. You were most recently seen by Dr. Nance on 2/20/14 for your Hepatitis C. He noted no abnormal findings and determined that you do not meet criteria for Hepatitis C treatment at this time. You lab values are being monitored, when you allow them to be drawn.</u>

<u>in conclusion, you do not have an order for the requested medication at this time. You are scheduled for chronic care next month. Your grievance is without merit.</u>

<u>If your medical condition changes please address any concerns through the sick call process.</u>

_____
Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

_____ Title _____ 7/14/14 Date

---

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? I Fellow Like Newport Grimes unit dose not care about People with Hepatitis "C", my month to month Blood worker not Help me now, I need medication Sovaldi to cure my Hepatitis "C" now, I Fellow yell out kill some now other you gave out medication Now why dose This unit Grimes dose not, I dead Still and I need This now Please Help me out now are see you in court.

Ambrose Rose Paul               650188              7-17-2014
Inmate Signature                  ADC#                 Date

IGTT420                                                   Page 1 of 1

IGTT430
3GD
                                                                                                    Attachment VI

INMATE NAME: Paul, Ambrose G.             ADC #: 650188            GRIEVANCE#:GR-14-00825

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On June 15, 2014, you grieved that you are not receiving adequate medical treatment. You state that you are not getting treatment for your Hepatitis C. You state that you want youe Hepatitis C cured. You state that there is a cure and that you want it. You state that you want to take Sovaldi.

The medical department responded, "(614) Your 6/20/14 grievance has been received and reviewed as well as your medical record to determine if medically necessary health care, as determined by your health care providers, has been provided to you.You are requesting the medication Sovaldi to cure your Hepatitis C.Review of your medical record indicates that you are being followed in chronic care for your Hepatitis C. You were most recently seen by Dr. Nance on 2/20/14 for your Hepatitis C. He noted no abnormal findings and determined that you do not meet criteria for Hepatitis C treatment at this time. You lab values are being monitored, when you allow them to be drawn.in conclusion, you do not have an order for the requested medication at this time. You are scheduled for chronic care next month. Your grievance is without merit.If your medical condition changes please address any concerns through the sick call process. "

Your appeal states that you need that treatment or you will die. You state that other people have had their Hepatitis C cured. You state that you want your disease treated or you will take people to court.

You refused your Chronic Care labs for your Hepatitis C on June 3 and August 15. You are seen regularly by providers who are licensed to practice medicine in the state of Arkansas. You have been seen for your complaints and treated as deemed appropriate and clinically indicated based your provider's medical judgment; therefore, I find this appeal without merit.

_____          _____9/9/14_____
Director                                                Date

IGTT430                           Page 1 of 1