IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

AMBROSE PAUL                                                    PLAINTIFF
ADC #650188

v.                              No. 1:14-cv-120-DPM-JTK

MELVIN NANCE, Former Doctor,
Grimes Unit                                                   DEFENDANT

## ORDER

Unopposed recommendation, № 5, adopted. FED. R. CIV. P. 72(b)

(1983 Addition to Advisory Committee Notes).

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_10 February 2015_