IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

AMBROSE PAUL  PLAINTIFF
ADC #650188

v.  No. 1:14-cv-120-DPM

MELVIN NANCE, Former Doctor,
Grimes Unit  DEFENDANT

JUDGMENT

Paul's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

10 February 2015